No. 996. E. J. ANGELO, HARRY PHILLIPS, AND C. E. WALL, TRADING, ETC., ET AL. *v.* CITY OF WINSTON-SALEM, THOS. BARBER, MAYOR, AND J. A. THOMAS, ETC. Error to the Supreme Court of the State of North Carolina. Motion to dismiss or affirm submitted May 16, 1927. Decided May 31, 1927. *Per Curiam.* Affirmed on the authority of *Natal* v. *Louisiana,* 139 U. S. 621. *Mr. Roy L. Deal* for defendants in error, in support of the motion. *Messrs. Oscar O. Efird, J. M. Wells, Jr.,* and *G. S. Ferguson, Jr.,* for plaintiffs in error, in opposition thereto.

No. —, original. UNITED STATES *v.* STATE OF IDAHO. June 6, 1927. The motion for leave to file bill of complaint is granted and process is ordered to issue returnable on Monday, October 3, next. *Attorney General Sargent* and *Solicitor General Mitchell* for the United States.